UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JANET DEMKO,<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL ASSISTANCE, INCORPORATED,<br><br>    Defendant. | Case No.: 2:17-cv-13359-AC-APP<br>Hon. Judge Avern Cohn<br>Magistrate Judge Anthony P. Patti |

## NOTICE OF SETTLEMENT

Defendant, Financial Assistance, Incorporated ("Defendant"), by and through undersigned counsel, hereby informs the court that a settlement of this matter has been reached. The parties are finalizing settlement paperwork, which should be completed within the next 30 days. Defendant therefore requests that this Honorable Court vacate all dates currently set on calendar for this matter.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179

Dated: February 13, 2018        charity.olson@brockandscott.com

1

## **CERTIFICATE OF SERVICE**

  I, Charity A. Olson, hereby state that on February 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

         <u>/s/ Charity A. Olson</u>
         Charity A. Olson (P68295)
         **BROCK & SCOTT, PLLC**