**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**DETROIT OFFICE**

| | | |
|---|---|---|
| JANET DEMKO, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-cv-13359-AC-APP |
| | ) | |
| v. | ) | Judge Cohn |
| | ) | Magistrate Judge Patti |
| FINANCIAL ASSISTANCE, | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS WITHOUT PREJUDICE**

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed without prejudice.

2. The parties, by agreement, respectfully request that this case be dismissed without prejudice and without costs to any party.

**Date:** April 2, 2018

| **For Plaintiff, Janet Demko** | **For Defendant, Financial Assistance, Inc.** |
|---|---|
| s/ David M. Marco | s/ Charity A. Olson |
| SMITHMARCO, P.C. | Brock & Scott, PLLC |
| 55 W. Monroe Street, Suite 1200 | 2723 S. State St., Ste. 150 |
| Chicago, IL 60603 | Ann Arbor, MI 48104 |
| Telephone: (312) 546-6539 | Telephone: (734) 222-5179 |
| Facsimile: (888) 418-1277 | Facsimile: (866) 941-8712 |
| E-mail: dmarco@smithmarco.com | E-mail: Charity.Olson@brockandscott.com |

1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### DETROIT OFFICE

| | | |
|---|---|---|
| JANET DEMKO, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-cv-13359-AC-APP |
| | ) | |
| v. | ) | Judge Cohn |
| | ) | Magistrate Judge Patti |
| FINANCIAL ASSISTANCE, | ) | |
| INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

At the request of the Parties, a stipulation having been duly filed, this matter is hereby dismissed without prejudice and without costs to either party.

                                                s/Avern Cohn
                                                Hon. Avern Cohn
                                                United States District Judge

Dated: April 2, 2018